UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Nguyen Minh Van,<br><br>    Petitioner.<br><br>v.<br><br>Chief Council of NV DHS ICE, et al.,<br><br>    Respondent. | Case No.: 2:25-cv-02442-APG-DJA<br><br>**Order Directing Petitioner to File IFP Application or Pay Filing Fee**<br><br>[ECF No. 1] |

    Nguyen Minh Van, immigration detainee, has filed a *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. ECF No. 1. Van, however, has not properly commenced this habeas action by either paying the standard $5.00 filing fee or filing a complete application for leave to proceed *in forma pauperis* (IFP).

    Under 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he or she submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the six-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.

    Van will have 45 days from the date of this order to either pay the $5 filing fee or submit a complete IFP application with all required documentation.

    I HEREBY ORDER that the initial screening of the Petition for Writ of Habeas Corpus (ECF No. 1) under the Rules Governing Section 2254 Cases is deferred to until such time as Van has fully complied with this order.

I FURTHER ORDER the Clerk of Court to send the petitioner a blank form IFP application for incarcerated litigants along with instructions, and a copy of this order.

I FURTHER ORDER that within 45 days of the date of this order, Van must file an IFP application that includes a: (a) financial certificate signed by Van and an authorized prison official, (b) financial declaration and acknowledgement signed by Van, and (c) copy of Van's inmate account statement for the six-month period prior to filing. Alternatively, Van must pay the $5 filing fee within 45 days of the date of this order. If Van decides to pay the filing fee from his inmate account, he must arrange to have a copy of this order attached to the check for the filing fee.

I FURTHER ORDER that Van's failure to comply with this order within 45 days by either submitting a complete IFP application, or paying the filing fee will result in the dismissal of this action without prejudice and without further advance notice.

DATED this 29th day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE